JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>Plaintiffs,<br><br>v.<br><br>VMR PRODUCTS, LLC, dba V2CIGS, a Florida limited liability company, and DOES 1-5, Inclusive,<br><br>Defendant. | Case No. CV14-9273-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |
| AND RELATED COUNTERCLAIMS | |

In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant VMR Products, LLC ("VMR"), the Court hereby ORDERS as follows:

1. All claims and counterclaims between Fontem and VMR in Case No. CV14-9273 shall be dismissed without prejudice.

2. Fontem and VMR shall each bear its own fees and costs.

3. The Court shall retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement between Fontem and VMR.

**IT IS SO ORDERED**.

DATED:  April 7, 2016

_____
GEORGE H. WU, U.S. District Judge